```
                    IN THE UNITED STATES DISTRICT COURT
                  FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

MELVIN V.,                            )
                                      )
            Plaintiff,                )
                                      )
        v.                            )        1:23CV923
                                      )
MARTIN J. O'MALLEY,                   )
Commissioner of Social                )
Security,                             )
                                      )
            Defendant.                )

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Commissioner's final decision in this matter is **VACATED**, and that the case is **REMANDED** to the Commissioner for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

                                            /s/ L. Patrick Auld
                                         **L. Patrick Auld**
                                   **United States Magistrate Judge**

March 4, 2024